MARY O'SHAUGHNESSY, Respondent, v. ELBRIDGE G. SPAULDING and Another, as Copartners, etc., Appellants, and ERIE CONTRACTING COMPANY, Respondent.— Appeal of the defendants Elbridge G. Spaulding and another as against Erie Contracting Company dismissed, with forty dollars costs, upon stipulation made in open court.  Judgment and order affirmed, with costs.  All concurred.

In the Matter of the Estate of MAMIE STOVROFF, Deceased.  MAX STOVROFF, as Administrator, etc., Appellant; ANNA JACOBSON and Another, Respondents.— Decree affirmed, with costs.  All concurred, except Lambert, J., whc dissented.

JOHN HALLORAN, as Administrator, etc., Respondent, v. THOMAS RYAN, Appellant.— Judgment and order affirmed, with costs.  All concurred.

ADNA G. BOWEN, Appellant, v. BOWEN'S JOINT CORPORATION, Respondent. — Order affirmed, with ten dollars costs and disbursements.  All concurred.

GEORGE O. MEREDITH, Respondent, v. ART METAL CONSTRUCTION COMPANY and Others, Defendants, Impleaded with G. H. SINNOTT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

FERDINAND J. BOMMER, Respondent, v. CITIZENS INSURANCE COMPANY OF MISSOURI and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

CATHARINE A. KOEBEL, Appellant, v. BLANCHE DEVINE, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal.  All concurred.

PERCY J. DASEY, Respondent, v. HOUK MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs.  All concurred.

E. A. STROUT FARM AGENCY, Respondent, v. JOHN OLSEN, Appellant. — Judgment reversed, without costs, and case remitted to the Trial Term to make findings of fact and conclusions of law and a decision.  All concurred.

JESSIE P. LONAS, as Executrix, etc., Respondent, v. ADIN A. MYERS, Appellant.— Judgment and order affirmed, with costs.  All concurred.  Merrell, J., not sitting.

JAMES REDDY and Others, Appellants, v. THE CITY OF LITTLE FALLS, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiffs to plead over within twenty days upon payment of the costs of the demurrer and of this appeal.  All concurred.